UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMON ONEL SORIANO SANCHEZ, | No.  1:26-cv-04121-DAD-JDP |
| Petitioner, | |
| v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT |
| WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, | |
| Respondent. | |
| | (Doc. Nos. 1, 2, 3) |

On May 29, 2026, petitioner Osmon Onel Soriano Sanchez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he was previously granted humanitarian parole, and on April 15, 2026, was arrested during a traffic stop and shortly thereafter delivered to ICE for immigration detention.  (*Id.* at 5–6.)  Petitioner requests his release from detention and the awarding of costs and reasonable attorneys' fees.  (*Id.* at 19.)  Also on May 29, 2026, petitioner filed a motion for temporary restraining order (Doc. No. 2), and a motion to proceed *in forma pauperis* (Doc. No. 3).[1]  On June 1, 2026, the court set a

---

[1]  Petitioner's application makes the showing required by 28 U.S.C. § 1915(a)(1) and is therefore granted.

1

briefing schedule and ordered that respondent substantively address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-CV-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut*, et al., No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); or *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).  (Doc. No. 6.)

On the same day, respondent filed their answer to the petition for writ of habeas corpus and opposition to the motion for temporary restraining order.  (Doc. No. 7.)  Therein, respondent "agrees that the factual and legal issues present here are not substantively distinguishable to the aforementioned cases[.]"  (*Id.* at 4.)  In addition, although invited to do so (Doc. No. 6), respondent has stated no opposition to the court ruling on the pending petition based upon the briefing currently before the court.

Accordingly, pursuant to the court's reasoning as stated in the above-cited orders and which is adopted herein, the court will grant in part the petition for writ of habeas corpus.

For the reasons explained above,

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED in part;

    a.    Respondents are ORDERED to immediately release petitioner Osmon Onel Soriano Sanchez, A-File No. 240-597-354, from respondent's custody on the same conditions he was subject to immediately prior to his recent re-detention;

    b.    Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing

2

evidence that petitioner is a danger to the community or a flight risk;

    c.   Petitioner's request for costs and reasonable attorney's fees is DENIED without prejudice to bringing a properly noticed and supported motion;

2.    Petitioner's motion for a temporary restraining order (Doc. No. 2) is hereby DENIED as having been rendered moot by this order granting his petition for habeas relief;

3.    The Clerk of the Court is directed to serve a copy of this order on the Central Valley Annex Detention Facility; and

4.    The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 4, 2026**              _Dale A. Drozd_

                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE